**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GUIPING ZHANG, and SHENZHEN ANRU ELECTRONICS CO., LTD.<br><br>    Plaintiffs,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | Case No.: 1:25-13429 |

**NOTIFICATION OF AFFILIATES STATEMENT (LR 3.2)**

Pursuant to Local Rule 3.2 of the U.S. District Court for the Northern District of Illinois, the undersigned, counsel for Plaintiff SHENZHEN ANRU ELECTRONICS CO., LTD., certifies that the following affiliate owns 5% or more of Plaintiff's interest:

Mr. Qingbin Zhou, natural person and sole shareholder of SHENZHEN ANRU ELECTRONICS CO., LTD.

No other person or entity owns 5% or more of Plaintiff's interest.

DATED:                                                         Respectfully submitted,


                                                                                 /s/

                                                     ***ATTORNEY FOR PLAINTIFFS***