# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GUIPING ZHANG, and SHENZHEN ANRU ELECTRONICS CO., LTD.<br><br>　　　Plaintiffs,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　Defendants. | Case No.: 1:25-13429 |

## NOTIFICATION OF AFFILIATES STATEMENT (LR 3.2)

Pursuant to Local Rule 3.2 of the U.S. District Court for the Northern District of Illinois, the undersigned, counsel for Plaintiff SHENZHEN ANRU ELECTRONICS CO., LTD., certifies that the following affiliate owns 5% or more of Plaintiff's interest:

Mr. Qingbin Zhou, natural person and sole shareholder of SHENZHEN ANRU ELECTRONICS CO., LTD.

No other person or entity owns 5% or more of Plaintiff's interest.

DATED: November 4, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Qin Zhuang*
　　　　　　　　　　　　　　　　　　　　　　Qin Zhuang
　　　　　　　　　　　　　　　　　　　　　　Building 2, Unit 1, Room 507
　　　　　　　　　　　　　　　　　　　　　　5 Chaoyang Road, Chaoyang
　　　　　　　　　　　　　　　　　　　　　　Beijing, PRC 100022
　　　　　　　　　　　　　　　　　　　　　　0086-155-1009-0593
　　　　　　　　　　　　　　　　　　　　　　zhuangqin@yuntinglaw.com
　　　　　　　　　　　　　　　　　　　　　　**Counsel for Plaintiff**