IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GUIPING ZHANG, and SHENZHEN ANRU ELECTRONICS CO., LTD.<br><br>    Plaintiffs,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | Case No.: 1:25-13429 |

**PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO**

**TEMPORARILY SEAL DOCUMENTS**

Pursuant to Local Rule 5.8 and Fed. R. Civ. P. 26(c)(1), Plaintiffs file this Motion for leave to temporarily file the following documents under seal: (1) Schedule "A" attached to the Complaint that includes a list of the infringing webstores which contain identifying information; and (2) certain documents to be filed in support of Plaintiffs' forthcoming motion for a temporary restraining order, including exhibits identifying Defendants' online storefronts, infringing product listings, and orders placed for the infringing products.

In this case, Plaintiffs are requesting temporary *ex parte* relief based on an action for copyright infringement under the Copyright Act. Sealing this limited portion of the file is necessary to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence, the hiding or transferring of assets to foreign jurisdictions, and the transfer or disablement of the infringing

websites. Such acts would frustrate the purposes of the underlying law and would interfere with this Court's power to grant relief.

Once the temporary restraining order has been entered and executed, and the requested enforcement actions have been completed, Plaintiffs will promptly move to unseal these materials.

DATED: November 4, 2025            Respectfully submitted,

*/s/ Qin Zhuang*
Qin Zhuang
Building 2, Unit 1, Room 507
5 Chaoyang Road, Chaoyang
Beijing, PRC 100022
0086-155-1009-0593
zhuangqin@yuntinglaw.com
**Counsel for Plaintiff**
