**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Shenzhen Anru Electronics Co., Ltd., et al.

                                Plaintiff,

v.                                     Case No.:
                                     1:25−cv−13429
                                     Honorable Lindsay C.
                                     Jenkins

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 5, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The Court grants the motion to seal [6], but upon review of the complaint, the Court sua sponte raises the propriety of joining 100 defendants in a single action. By November 10, 2025, plaintiff must file a supplemental memorandum addressing the propriety of joinder. In the alternative, plaintiff has leave to file an amended complaint by November 10, 2025 with a smaller subset of defendants along with a memorandum explaining why that smaller subset of defendants is properly joined. No motion for an ex parte temporary restraining order should be filed in this matter without counsel first consulting the opinion issued in Wham−O Holding v. The Partnerships, 24 CV 12523, Dkt. 39 (N.D. Ill. Feb. 20, 2025) (Alexakis, J.). Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.